MARTIN F. McDERMOTT
martin.mcdermott@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, N.E.
Suite 4.147
Washington, D.C. 20002
Telephone: (202) 514-4122
Facsimile: (202) 514-8865

*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a nonprofit corporation; FRIENDS OF THE EARTH, a nonprofit corporation; and MARCELIN KEEVER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL S. REGAN, in his official capacity as Acting Administrator of the United States Environmental Protection Agency; and United States Environmental Protection Agency, <br><br> Defendants. | Civil Case No. 4:23-cv00535-WHO <br><br> **JOINT AGREED MOTION TO HOLD CASE IN ABEYANCE AND CONTINUE ALL DEADLINES FOR 90 DAYS** |

Pursuant to Civil L.R. 6-1(b) and 6-2, Defendants Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), and EPA ("Defendants"), and Plaintiffs Center for Biological Diversity, Friends of the Earth, and Marcelin Keever ("Plaintiffs"), hereby jointly move to hold this case in abeyance and move this Court to continue all deadlines for 90 days to allow the parties time to continue their ongoing

*JOINT AGREED MOTION TO HOLD CASE IN ABEYANCE AND CONTINUE ALL DEADLINES FOR 90 DAYS*

efforts to settle this matter without the press of active litigation. No previous time modification has been requested in this case.

In support of this joint motion, the parties state as follows:

1. Plaintiffs filed the Complaint (Dkt. No. 1) in this matter on February 6, 2023. The case arises under the Clean Water Act, 33 U.S.C. § 1251, *et seq*, (the "CWA"), which, in Section 505(a)(2), 33 U.S.C. § 1365(a)(2), allows any citizen to commence a civil action in district court against the EPA Administrator where the Administrator has allegedly failed to perform a nondiscretionary duty under the CWA. Plaintiffs' Compliant alleges such failure with respect to alleged duties under CWA Section 312(p)(4)(A)(i), 33 U.S.C. § 1322(p)(4)(A)(i).

2. After service of the Complaint, EPA staff and officials promptly began reviewing the allegations at issue in this case to determine EPA's response to the Complaint, giving due consideration to claims raised by Plaintiffs. Since the Complaint was filed, the parties have conferred on multiple occasions to discuss the issues raised by this case and the possibilities for its resolution. The due date for Defendants' Answer or other pleading has not yet passed.

3. In their discussions with Plaintiffs, Defendants advised Plaintiffs that EPA believes that continuance of all deadlines in this case would allow time for the parties to pursue settlement and endeavor to resolve this case without further litigation, thereby conserving the Court's and the parties' resources. Plaintiffs, in the interest of comity, have agreed to join in this abeyance motion.

4. In light of the progress the parties have been making to settle this case, the parties hereby stipulate and jointly move this Court to hold this case in abeyance for 90 days, continuing all judicial deadlines while the parties endeavor to reach an agreement that would resolve the matter.

5. A proposed order holding this case in abeyance will be sent via email to this Court's chambers.

Respectfully submitted this 10th day of April, 2023.

JOINT AGREED MOTION TO HOLD CASE IN ABEYANCE AND CONTINUE ALL DEADLINES FOR 90 DAYS

/s/ *Martin F. McDermott*

MARTIN F. McDERMOTT
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, N.E.
Suite 4.147
Washington, D.C. 20002
martin.mcdermott@usdoj.gov
Telephone (202) 514-4122
Facsimile (202) 514-8865

*Attorney for Defendants*

Of counsel:

Thomas A. Glazer
Office of General Counsel
U.S. Environmental Protection Agency
7426N WJC North
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460
202-564-0908

/s/ *Miyoko Sakashita*
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
miyoko@biologicaldiversity.org
Telephone: (510) 844-7138

*Attorney for Plaintiffs*

3

*JOINT AGREED MOTION TO HOLD CASE IN ABEYANCE AND CONTINUE ALL DEADLINES FOR 90 DAYS*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2023, a true and correct copy of the foregoing Joint Motion to hold case in abeyance and continue all deadlines for 90 days was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Martin F. McDermott