## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a nonprofit corporation; FRIENDS OF THE EARTH, a nonprofit corporation; and MARCELIN KEEVER, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MICHAEL S. REGAN, in his official capacity as Acting Administrator of the United States Environmental Protection Agency; and United States Environmental Protection Agency,<br><br>　　　　　　　　Defendants. | Civil Case No. 4:23-cv00535-WHO<br><br>**ORDER GRANTING JOINT AGREED MOTION TO HOLD CASE IN ABEYANCE AND CONTINUE ALL DEADLINES FOR 90 DAYS** |

This Court being fully advised in the premises, IT IS HEREBY ORDERED that based upon the mutual agreement and joint motion of the parties, this case is hereby held in abeyance for 90 days, continuing all judicial deadlines while the parties endeavor to reach an agreement that would resolve the matter.

DATED: April 13, 2023

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted (with copy emailed to Plaintiffs' counsel) this 10th day of April, 2023, by

> MARTIN F. McDERMOTT
> U.S. Department of Justice
> Environment & Natural Resources Division
> Environmental Defense Section
> 4 Constitution Square
> 150 M Street, N.E.
> Suite 4.147
> Washington, D.C.  20002
> martin.mcdermott@usdoj.gov
> Telephone (202) 514-4122
> Facsimile (202) 514-8865
>
> *Attorney for Defendants*