IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a nonprofit corporation; FRIENDS OF THE EARTH, a nonprofit corporation; and MARCELIN KEEVER, an individual,<br><br>                Plaintiffs,<br><br>    v.<br><br>MICHAEL S. REGAN, in his official capacity as Acting Administrator of the United States Environmental Protection Agency; and United States Environmental Protection Agency,<br><br>                Defendants. | Civil Case No. 4:23-cv00535-WHO<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT AGREED MOTION TO HOLD CASE IN ABEYANCE AND CONTINUE ALL DEADLINES FOR AN ADDITIONAL 60 DAYS (UNTIL DECEMBER 7, 2023) |

      This Court being fully advised in the premises, IT IS HEREBY ORDERED that based upon the mutual agreement and joint agreed motion of the parties, this case is hereby held in continuing abeyance for 60 days, continuing all judicial deadlines until December 7, 2023, while the parties endeavor to resolve this matter.

DATED: October 2, 2023

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted (with copy emailed to Plaintiffs' counsel) this 27th day of September, 2023, by:

/s/*Martin F.McDermott*
MARTIN F. McDERMOTT
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, N.E.
Suite 4.147
Washington, D.C.  20002
martin.mcdermott@usdoj.gov
Telephone (202) 514-4122
Facsimile (202) 514-8865

*Attorney for Defendants*