MARTIN F. McDERMOTT
martin.mcdermott@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, N.E.
Suite 4.147
Washington, D.C. 20002
Telephone: (202) 514-4122
Facsimile: (202) 514-8865

*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a nonprofit corporation; FRIENDS OF THE EARTH, a nonprofit corporation; and MARCELIN KEEVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Acting Administrator of the United States Environmental Protection Agency; and United States Environmental Protection Agency,<br><br>Defendants. | Civil Case No. 4:23-cv00535-WHO<br><br>**JOINT MOTION TO ENTER CONSENT DECREE** |

The parties in this case, Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), and EPA (collectively "Defendants"), and Center for Biological Diversity, Friends of the Earth, and Marcelin Keever ("collectively "Plaintiffs"), hereby jointly move the Court to enter the attached Consent Decree in this case.

1

*JOINT MOTION TO ENTER CONSENT DECREE*

In support of this Joint Motion, the parties state as follows:

1. Plaintiffs filed the Complaint (ECF 1) in this matter on February 6, 2023. The case arises under the Clean Water Act, 33 U.S.C. § 1251, *et seq,* (the "CWA"), which, in Section 505(a)(2), 33 U.S.C. § 1365(a)(2), allows any citizen to commence a civil action in district court against the EPA Administrator where the Administrator has allegedly failed to perform a nondiscretionary duty under the CWA. Plaintiffs' Complaint alleges that EPA failed to perform its non-discretionary duty to promulgate national standards of performance for discharges incidental to the normal operation of large commercial vessels (and ballast water from certain other types of vessels) pursuant to the CWA, as amended by the Vessel Incidental Discharge Act of 2018 ("VIDA"). VIDA directed EPA to "promulgate Federal standards of performance for marine pollution control devices for each type of discharge incidental to the normal operation of a vessel" by December 4, 2020. 33 U.S.C. § 1322(p)(4)(A)(i).

2. After the Complaint was filed, the parties conferred on multiple occasions to discuss the issues raised by this case and the possibilities for its resolution. The parties ultimately reached an agreement resolving Plaintiffs' claims, other than attorneys' fees and costs.

3. The parties' resolution of this case is embodied in a proposed Consent Decree, which was published for public comment in the Federal Register. *See* 88 Fed. Reg. 62,080 (Sept. 8, 2023). In that *Notice of Proposed Consent Decree; Request for Public Comment,* EPA advised that written comments on the proposed Decree were due in 30 days, *i.e.*, by October 10, 2023.

4. As explained in the above-cited Federal Register Notice, EPA or the Department of Justice may withdraw or withhold consent to the proposed consent decree if the comments received disclosed facts or considerations that indicated that such consent is inappropriate, improper, inadequate, or inconsistent with the requirements of the CWA. Neither EPA nor the Department of Justice received comments disclosing facts or considerations indicating that consent to the proposed decree is inappropriate, improper, inadequate, or inconsistent with the

2

*JOINT MOTION TO ENTER CONSENT DECREE*

requirements of the CWA, and neither the Administrator nor the Attorney General determined to withdraw or withhold consent to the Consent Decree.

5. Most saliently, under the proposed Consent Decree, EPA agrees to take final action on the proposed VIDA rule by September 23, 2024. In addition to the final action date (¶ 3), the proposed Consent Decree (¶ 4) includes a provision specifying that 90 days after the date on which this Consent Decree is entered by the Court, and every 90 days thereafter until EPA signs a decision taking final action, EPA will file with the Court a report on the status of the rulemaking and progress towards completion. Also, the proposed Consent Decree (¶ 9) reserves fees and costs for a later date; under the proposed Consent Decree, the Court retains jurisdiction to resolve any requests for costs of litigation, including attorney fees.

6. Through the proposed Consent Decree, the parties indicated, and by this Joint Motion affirm, that the Consent Decree is fair, reasonable, and in the public interest.

7. Accordingly, all parties respectfully move the Court to enter the attached Consent Decree as an order of the Court.

Respectfully submitted this 13th day of December, 2023.

**Attorneys for Defendants**

/s/ *Martin F. McDermott*
MARTIN F. McDERMOTT
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, N.E.
Suite 4.147
Washington, D.C. 20002
martin.mcdermott@usdoj.gov
Telephone (202) 514-4122
Facsimile (202) 514-8865

3

*JOINT MOTION TO ENTER CONSENT DECREE*

Of counsel:

Tom Glazer
Office of General Counsel (7426 WJC North)
U.S. Environmental Protection Agency Office of General Counsel
Eater Law Office
7426 WJC North
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460
202-564-0908

**Attorneys for Plaintiffs:**

/s/ *Miyoko Sakashita*
MIYOKO SAKASHITA
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
miyoko@biologicaldiversity.org
Tel: (510) 844-7137


Matthew J. Sanders
Environmental Law Clinic
Mills Legal Clinic at Stanford Law School
359 Nathan Abbot Way
Stanford, CA 94305-8610
matthewjsanders@stanford.edu
Tel. (650) 736-8775

4

*JOINT MOTION TO ENTER CONSENT DECREE*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2023, a true and correct copy of the foregoing motion was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Martin F. McDermott*, U.S. D.O.J.