MARTIN F. McDERMOTT
martin.mcdermott@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, N.E.
Suite 4.147
Washington, D.C.  20002
Telephone: (202) 514-4122
Facsimile: (202) 514-8865

*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a nonprofit corporation; FRIENDS OF THE EARTH, a nonprofit corporation;  and MARCELIN KEEVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Acting Administrator of the United States Environmental Protection Agency; and United States Environmental Protection Agency,<br><br>Defendants. | Civil Case No. 4:23-cv00535-WHO<br><br>**EPA'S SEPTEMBER 2024 STATUS REPORT** |

Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), and EPA (collectively "Defendants"), hereby file this September 2024 Status Report pursuant to Defendants' obligation under Paragraph 4 of the Consent Decree entered by the Court in this matter on December 13, 2023 (ECF 23).  Under Consent Decree Paragraph 4, until EPA signs a decision taking final action as described in

Paragraph 3 of the Consent Decree, EPA is required to file periodic (at 90-day intervals) reports on the status of the rulemaking and EPA's progress toward completion of the rulemaking.

EPA reports that the status of the case is as follows: EPA is implementing its internal agency processes for timely finalizing the required rulemaking and is on track to sign by September 23, 2024 (and promptly thereafter transmit to the Office of the Federal Register) a decision taking final action following notice and comment rulemaking with regard to EPA's October 26, 2020, proposed rule pertaining to Federal standards of performance for marine pollution control devices for discharges incidental to the normal operation of a vessel under CWA Section 312(P)(4)(A)(i).

Respectfully submitted this 3rd day of September, 2024.

**Attorneys for Defendants**

/s/ *Martin F. McDermott*
MARTIN F. McDERMOTT
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, N.E.
Suite 4.147
Washington, D.C.  20002
martin.mcdermott@usdoj.gov
Telephone (202) 514-4122
Facsimile (202) 514-8865

Of counsel:

Chase Raines.
(Raines.Chase@epa.gov)
Office of General Counsel (7426 WJC North)
U.S. Environmental Protection Agency Office of General Counsel
Water Law Office
7426 WJC North
1200 Pennsylvania Ave., N.W.
Washington, D.C.  20460

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September, 2024, a true and correct copy of the foregoing Status Report was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Martin F. McDermott*, U.S. D.O.J.